IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FABRICE DOKOU,** : | **CIVIL NO. 1:CV-09-1632** |
| **Plaintiff** : | |
| v. : | |
| **PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW,** : | |
| **Defendant** : | |

# **M E M O R A N D U M**

The captioned action sounds like an appeal from the Bureau of Unemployment Compensation, Department of Labor and Industry of the Commonwealth of Pennsylvania and from the Commonwealth Court of Pennsylvania, which denied her relief on an issue involving alleged overpayment of unemployment compensation. On August 26, 2009, an order was issued directing Plaintiff to file an amended complaint to state a federal cause of action. On September 2, 2009, Plaintiff filed a document entitled "Brief of Cause of Action." This document only reiterates what was stated in her original filing and does not state a federal cause of action.

An appropriate order will be issued.

s/Sylvia H. Rambo
United States District Judge

Dated: September 3, 2009.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FABRICE DOKOU,** | : CIVIL NO. 1:CV-09-1632 |
| Plaintiff | : |
| v. | : |
| **PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW,** | : |
| Defendant | : |

# **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1) The captioned action is dismissed for failure to state a cause of action.

2) The Clerk of Court shall close the file.

3) Any appeal from this order will be deemed frivolous and not taken in good faith.

                                              s/Sylvia H. Rambo
                                              United States District Judge

Dated: September 3, 2009.